(Reap. Dec. 9409)

PLYWOOD & DOOR MANUFACTURERS CORPORATION v. UNITED STATES

Entry No. 793065.

(Decided April 29, 1959)

*James Wilson Young* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-entitled appeal for reappraisement upon stipulation on the basis of which I find that export value, as defined in section 402(d), Tariff Act of 1930, is the proper basis for the determination of the value of the birch plywood exported from Finland in the year 1956 which is involved herein, and that such value is as set forth in column 5 of schedule "A," attached to and made a part hereof.

Judgment will issue accordingly.

SCHEDULE A

| 1.<br>Reappraisement No. | 2.<br>Collector's No. | 3.<br>Entry No. | 4.<br>Date of export | 5.<br>Value or price |
|---|---|---|---|---|
| R58/278 | 10906 | 793065 | 10/15/56 | |

Birch plywood as follows:

BJ/BB grade, ¾'' thick, 60'' x 48''
BJ/WG grade, ⅛' thick, 62'' x 62''
61'' x 61''
60'' x 60''
WG grade, ⁷⁄₆₄'' thick, 10⁵⁄₁₆'' x 13¾''
13¹¹⁄₁₆'' x 21¾''
13¹¹⁄₁₆'' x 23¹⁵⁄₁₆''
16⅜'' x 25¹⁵⁄₁₆''
16⅜'' x 28¹⁵⁄₁₆''

Invoice unit values, net, less ocean freight and insurance